;'/d

## CRIMINAL COMPLAINT
**(Electronically Submitted)**

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| **United States of America**<br>v.<br>**Adrian GARCIA**<br>DOB: 1997; United States Citizen<br>**Angel GARCIA**<br>DOB: 2002; United States Citizen | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br><br>24-07195MJ |

| Complaint for violation of Title 18, United States Code, §§ 554(a) and 2 |
|---|

On or about February 2, 2024, in the District of Arizona, **Adrian GARCIA** and **Angel GARCIA** knowingly and fraudulently exported and sent from the United States, and attempted to export and send from the United States, any merchandise, article, or object contrary to any law or regulation of the United States, and received, concealed, bought, sold, and in any manner facilitated the transportation, concealment, and sale of such merchandise, article or object, that is, one hundred fifty (150) .50 caliber armor piercing incendiary rounds of ammunition, knowing the same to be intended for exportation contrary to any law or regulation of the United States, to wit: Title 50, United States Code, Section 4819; Title 15, Code of Federal Regulations, Parts 736.2, 738, and 774; all in violation of Title 18, United States Code, Sections 554(a) and 2.

BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:
On February 2, 2024, at approximately 6:25 P.M., **Adrian GARCIA** and **Angel GARCIA** attempted to exit the United States and enter the Republic of Mexico through the Mariposa Port of Entry in Nogales, Arizona. Customs and Border Protection Officers (CBPOs) were conducting outbound inspections when they stopped **Adrian GARCIA**, the driver and registered owner of a 2007 Jeep Commander, and his brother **Angel GARCIA**, a passenger in the vehicle. Both occupants gave a negative declaration for weapons, ammunition, or currency more than $10,000 dollars to declare. The vehicle was referred to the secondary inspection area where CBPOs searched the vehicle and noted that the hood release cable was cut off. After several attempts of using pliers to pull on the cable, CBPOs looked in the engine bay and located a cardboard box with an explosive hazard sign on it. A search of the box revealed one hundred fifty (150) .50 caliber armor piercing incendiary rounds of ammunition. An empty 7.62x39 AK 47 magazine was also found in the vehicle.

In post-*Miranda* interviews, both **Adrian GARCIA** and **Angel GARCIA** stated that they had crossed weapons and ammunition multiple times a week for approximately a year. A friend would bring the weapons or ammunition from Phoenix or Tucson to Nogales where the friend would take **Adrian GARCIA's** unlocked car to an undisclosed location to load it while **Adrian GARCIA** was at work. **Angel GARCIA** would take a shuttle from his job location in Tucson down to Nogales and then take a taxi to **Adrian GARCIA's** work site. Both **GARCIAs** would then drive in the vehicle from Nogales, AZ to Nogales, Sonora, Mexico after **Adrian GARCIA** got off work. Once in Mexico, they would take **Adrian GARCIA's** vehicle to varying locations

**(BASIS OF COMPLAINT CONTINUED ON REVERSE.)**

| MATERIAL WITNESSES IN RELATION TO THE CHARGE:   N/A |
|---|

| DETENTION REQUESTED<br>   Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.<br><br>AUTHORIZED BY AUSA *Raquel Arellano*   RAQUEL ARELLANO  Digitally signed by RAQUEL ARELLANO Date: 2024.03.12 17:47:30 -07'00' | SIGNATURE OF COMPLAINANT<br>HEATHER L MCCORKEL  Digitally signed by HEATHER L MCCORKEL Date: 2024.03.12 18:33:28 -07'00'<br><br>OFFICIAL TITLE<br>HSI Special Agent Heather L. McCorkel |

**Sworn by telephone _x__**

| SIGNATURE OF MAGISTRATE JUDGE[1) ] | DATE<br>March 12, 2024 |
|---|---|

1)   See Federal Rules of Criminal Procedure Rules 3, 4.1, and 54

**(BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED CONTINUED.)**

where both would then unload the weapons or ammunition into another car that was left at a meet location. The brothers would obtain cash left in the vehicle for them to split. The amount they were paid would vary based on the quantity of what was crossed, approximately $200-$300 per weapon and approximately $300-$350 per box of ammunition. A search of **Angel GARCIA's** phone, revealed photographs of various firearms despite previous statements that neither brother owned firearms.

The ammunition and magazine found in the vehicle qualify as United States Commerce Control List items and therefore are prohibited by law for export from the United States into Mexico without a valid license. Valid export licenses were not produced at the port of entry by either **Adrian GARCIA** or **Angel GARCIA.**



**(BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED CONTINUED.)**

